ADAM REINIG v. SAMUEL MUNSON, DRAIN COM'R ET AL.

ANGELINE ALLEN v. SAMUEL MUNSON, DRAIN COM'R ET AL.

*Drains—Notice—Appointment of commissioners.*

Proceedings to lay out a ditch are fatally defective if there is no affirmative showing that notice was given of the application to the probate court for the appointment of commissioners to assess damages, and of their appointment.

Certiorari. Proceedings to lay out a township ditch. Submitted April 15. Proceedings quashed April 27.

*Tarsney, Tennant & Weadock* for plaintiffs in certiorari.

MARSTON, C. J. The proceedings in each of these cases are fatally defective in that no notice appears to have been given of the application to, and appointment of commissioners by, the probate court. The necessity of the proceedings showing affirmatively that such notice was given has been decided so often that it does seem as though the law in this respect should be known and observed more generally than it seems to be. The proceedings in each case must be quashed and held for naught.

The other Justices concurred.